WILLIAM R. SOWREY, Respondent, v. ARTHUR G. ROHLOFF and Others, Appel

lants.— Appeal dismissed, unless appellants shall file and serve printed papers and briefs by September twenty-ninth. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.